———————

No. 95-4257

———————

Vernon L. Curd,                       *
                                      *
          Appellant,                  *
                                      *  Appeal from the United States
     v.                               *  District Court for the
                                      *  Eastern District of Arkansas.
City of Searcy, Arkansas; Searcy *
Board of Public Utilities,            *          [UNPUBLISHED]
                                      *
          Appellees.                  *


———————

          Submitted: June 20, 1996

            Filed: June 21, 1996
———————

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
———————

PER CURIAM.


     Vernon L. Curd appeals from the final judgment of the District Court[1]
dismissing his civil rights and pendent state law claims.  Having carefully
reviewed the entire record and the parties' submissions, we conclude the
judgment of the District Court was correct.  Accordingly, we affirm.  See
8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable George Howard, Jr., United States District
Judge for the Eastern District of Arkansas.